FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 24 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
ADRIENNE HARVARD

NOTICE
CV 06-5335

-v-

ELI LILLY & CO.
------------------------------------x

NOTICE is hereby given that the above entitled matter will be placed on the court's calendar for **STATUS CONFERENCE** on **JANUARY 3, 2011** at **11:45 a.m.** in courtroom #10B, on the 10th floor before the Honorable Jack B. Weinstein.

If the scheduled date is inconvenient, please contact chambers at **(718) 613-2525** to arrange for a new date upon **consent of all parties.**

Please be advised all motions are argued and the court will hear them **MONDAY thru THURSDAY at 10:00a.m.**. Counsel should advise the court at least two days in advance of the return date if an adjournment is necessary.

_Teresa Ward_
~~June P. Lowe~~
Relief Case Manager for
JACK B. WEINSTEIN, U.S.D.J.

Dated: **11-24-10**
Brooklyn, N.Y.