

**TRENK · DIPASQUALE ★**
WEBSTER · DELLA FERA · SODONO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 1 3 2011 ★

BROOKLYN OFFICE

January 11, 2011

ATTORNEYS AT LAW

WEST ORANGE - RED BANK
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NEW JERSEY 07052

P (973) 243-8600
F (973) 243-8677

www.trenklawfirm.com

Client No. 3752-001

**VIA ELECTRONIC FILING**
**and FIRST CLASS MAIL**
Honorable Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
222 Cadman Plaza East
Brooklyn, New York 11201

*close the case*
*JW 1/11/11*

RE: Adrienne Harvard v. Eli Lilly & Co.
Civil Action No. 1:06-cv-5335 (JWB) (RLM)

Dear Judge Weinstein:

This correspondence shall serve as notice to Your Honor and the Court that the parties have agreed to settle Plaintiff Adrienne Harvard's ("Plaintiff") claims in this matter. Our office is in receipt of a draft release from counsel for Defendant Eli Lilly & Co. ("Defendant"), which we will review and discuss with Ms. Harvard even though our office has, as Attorney Trustee for Larry L. Leifer, Esq., been relieved as counsel of record in this matter. We anticipate that the settlement will be finalized this week.

Although a hearing is scheduled in this matter for January 13, 2011, I respectfully request that same be postponed, given the pending settlement of Plaintiff's claims against Defendant.

I thank Your Honor for his attention to this matter.

Respectfully submitted,

Joseph Maddaloni, Jr., Esq. (JM 1871)
o/b/o Richard D. Trenk, Esq.,
Attorney Trustee for Larry L. Leifer, Esq.,
Pursuant to New Jersey Court Rule 1:20-19.

JM:jag

#363129v1

RICHARD D. TRENK ■ JOSEPH J. DIPASQUALE ■ ELNARDO J. WEBSTER, II ■ SAM DELLA FERA, JR. ■ ANTHONY SODONO, III
HENRY M. KARWOWSKI ■ JOSHUA H. RAYMOND ■ THOMAS M. WALSH ■ JOSEPH MADDALONI, JR. ■ JOHN M. MCDONNELL
SHOSHANA SCHIFF ■ JOHN F. NEWMAN ■ JONI NOBLE MCDONNELL ■ BRIAN T. CROWLEY ■ JENNIFER M. CARRILLO-PEREZ
MICHELE M. DUDAS ■ JODI M. LUCIANI ■ MARK Y. MOON ■ SCOTT J. KOPLIK
ADAM D. WOLPER ■ JOAO F. MAGALHAES ■ E. PRICILLA MORI

